IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER CHARLES,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   CIVIL ACTION NO. 19-CV-4956 |
| COURT SECURITY OFFICER,<br>    Defendant. | :<br>:<br>: |

## ORDER

AND NOW, this 6th day of November, 2019, upon consideration of Plaintiff Peter Charles's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. For the reasons stated in the Court's Memorandum, Charles's Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

_____
JUAN R. SANCHEZ, C.J.